UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  408-535-5363

October 13, 2016

RE: 16-cv-03467-EJD  Mariano v. Villa

Default is entered as to Enrique V. Villa on October 13, 2016.

Susan Y. Soong, Clerk

/s/
by: Patty Cromwell
Case Systems Administrator