KYRA A. KAZANTZIS (STATE BAR NO. 154612) kyrak@lawfoundation.org
NADIA AZIZ (STATE BAR NO. 252966) nadia.aziz@lawfoundation.org
ALEXIS MOODY (STATE BAR NO. 266058) alexis.moody@lawfoundation.org
THOMAS ZITO (STATE BAR NO. 304629) tom.zito@lawfoundation.org
MATTHEW WARREN (STATE BAR NO. 305422) matthew.warren@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, 3rd Floor
San José, CA 95112
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

JON MICHAELSON (STATE BAR NO. 83815) jmichaelson@kilpatricktownsend.com
KO-FANG CHANG (STATE BAR NO. 213431) kchang@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650 326.2400
Facsimile: 650 326.2422

Attorneys for Plaintiffs CIRINA JUSTO MARIANO, an individual, and as guardian ad litem for A.C.G., a minor, and A.D.G., a minor

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
(SAN JOSE DIVISION)

| | |
|---|---|
| CIRINA JUSTO MARIANO, an individual, and as guardian ad litem for A.C.G., a minor, and A.D.G., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ENRIQUE V. VILLA, RIGOBERTO VILLA, and ARTURO VILLA,<br><br>Defendants. | Case No. 5:16-CV-03467 EJD<br><br>**NOTICE OF APPEARANCE** |

TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that ALEXIS MOODY hereby enters her appearance as attorney of record for ALL PLAINTIFFS in this action.

Dated: April 19, 2017

LAW FOUNDATION OF SILICON VALLEY

_/s/ Alexis Moody_
Alexis Moody
Attorney for Plaintiffs

1 of 1
NOTICE OF APPEARANCE

CASE NO. 5:16-CV-03467 EJD